AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Tyler Sebastian Haway,
*Plaintiff*
v.   )   Civil Action No.   0:13-cv-03384-TMC
)
Rick Clark, In his official capacity as Sheriff of   )
Pickens County Sheriffs Office; Dr. Mary   )
Hammond, In her capacity as jail physician;   )
Tammy Hamilton, Medical Officer,
*Defendants*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Tyler Sebastian Haway, shall take nothing of the defendants; Rick Clark, Dr. Mary Hammond, and Tammy Hamilton, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which dismissed the complaint without prejudice.

Date:  June 3, 2014                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/A. Buckingham
                                                                        *Signature of Clerk or Deputy Clerk*